UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER GEORGE JACKSON,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>GARY SWARTHOUT, Warden, et al.,<br><br>　　　　Respondents. | NO. CV 13-8779-MWF (AGR)<br><br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed objections. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that (1) Petitioner's motion to amend the petition to add Ground Three is granted; (2) Petitioner's motion to amend the petition to add Ground Five is denied without prejudice.  Petitioner may file a motion for a stay pending exhaustion of state remedies within 21 days after the date of entry of this order.

The matter is referred back to the magistrate judge for further proceedings.

DATED: April 26, 2016

                                    */s/ Michael W. Fitzgerald*
                                    MICHAEL W. FITZGERALD
                                    United States District Judge