UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER G. JACKSON,<br>Petitioner,<br>v.<br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br>Respondent. | NO. CV 13-8779-MWF (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition in this matter is denied and dismissed with prejudice.

DATED: March 21, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge